Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENRTAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MUSUVE, *individually and on behalf of all those similarly situated,* | Case No.: **2:25-cv-02024-AJR** |
| Plaintiff, | Hon. A. Joel Richlin |
| vs. | **NOTICE OF SETTLEMENT** |
| TORY BURCH LLC, | |
| Defendant. | |

    Plaintiff Kimberly Musuve submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: June 2, 2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470