Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

Alexis B. Cruz (SBN 312842)
*acruz@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, California 90067-4301
Telephone:    310.820.8800
Facsimile:    310.820.8859

*Counsel for Defendant*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY MUSEVE**, *individually and on behalf of all those similarly situated,*<br><br>          Plaintiff,<br><br>     vs.<br><br>**TORY BURCH LLC**.,<br><br>          Defendant. | Case No.: 2:25-cv-02024-AJR<br><br>A. Joel Richlin<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Kimberly Museve, individually, and Defendant Tory Burch LLC., by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

Dated: July 3, 2025

        Respectfully Submitted,

        /s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

/s/ *Alexis B. Cruz*
Alexis B. Cruz (SBN 312842)
*acruz@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, California 90067-4301
Telephone:   310.820.8800
Facsimile:   310.820.8859

*Counsel for Defendant*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470